UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>§<br>vs. §<br>§<br>EDGAR EMILIO RAMIREZ DIAZ and §<br>EMILIO RAMIREZ CORTEZ, §<br>Defendants §<br>§ | CRIMINAL NO.: 5:25-CR-1941 |

**PRELIMINARY ORDER OF FORFEITURE**

Pursuant to Rule 32.2 (b) of the Federal Code of Criminal Procedure this Court now enters a Preliminary Order of Forfeiture and makes the following findings:

1. An Indictment was returned by a Federal Grand Jury in the Southern District of Texas, Laredo Division on November 12, 2025. Count One charges the Defendants with smuggling goods from the United States, in violation of 18 U.S.C. §§ 554(a) and 2; Count Two charges the Defendants with trafficking in firearms, in violation of 18 U.S.C. §§ 933(a)(1) and (3), and 933(b); Count Three charges the Defendants with smuggling a firearm/ammunition out of the United States to promote a felony or drug trafficking crime, in violation of 18 U.S.C. §§ 924(k) and 2; and Count Four charges Defendants with receipt or transfer of a firearm used to commit a felony, in violation of 18 U.S.C. §§ 924(h) and 2.

2. The Indictment included a Notice of Forfeiture pursuant to 19 U.S.C. § 1595a(d), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in which the United States sought forfeiture of 534 firearms; 31,482 rounds of ammunition; 525 magazines; 40 scopes; 4 lasers; 12 rifle slings, 1 suppressor or muzzle break; 1 light; 1 vertical foregrip; 1 bipod; and 1 holster (hereinafter referred to as Subject Property).

3. Defendants, Edgar Emilio Ramirez Diaz and Emilio Ramirez Cortez, pleaded guilty to Counts One and Two of the Indictment before United States Magistrate Judge Diana Song

Quiroga. This Court, having considered the Defendants' guilty pleas, the factual basis submitted by the Government, and the Report and Recommendation of the United States Magistrate Judge has found the Defendants guilty of smuggling goods from the United States and trafficking of firearms as charged in Counts One and Two of the Indictment.

4. The Court further finds that the requisite nexus between the offenses of conviction and the forfeiture of the Subject Property has been established.

5. As a result of the foregoing, the Court finds that the Subject Property is forfeited to the United States and that the United States has a forfeiture of the Subject Property against the Defendants. Said forfeiture shall be included in the Defendants sentence and judgment.

6. Pursuant to 21 U.S.C. § 853(n), the United States shall: (a) directly notify all persons or entities known to own or claim an interest in the forfeited property; and (b) publish in a Government internet site ([www.forfeiture.gov](www.forfeiture.gov)) notice of the entry of this Order, the intent of the United States to dispose of the forfeited property, and advise any claimants to file a petition with the Court and the Assistant United States Attorney assigned to this matter within thirty (30) days of the final publication of this notice or if actual notice was received, then within thirty (30) days of receipt, requesting the court for a hearing to adjudicate the validity of his/her alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. The petition of the Assistant United States Attorney in the foregoing case should be mailed to:

> U.S. Attorney's Office,
> c/o Mary Ellen Smyth,
> Assistant United States Attorney,
> 11204 McPherson Road, Ste. 100A
> Laredo, Texas 78045.

7.  Upon adjudication of all third-party claims, the Court will enter a final judgment and order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2 (c)(2).

SIGNED this   28th   day of   January,   2026, in Laredo, Texas.

_____
DIANA SALDAÑA
U.S. DISTRICT COURT JUDGE